# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-44828 MER |
| LINDA SUE SONNENSCHEIN ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER

THIS MATTER comes before the Court on the Motion for Extension of Time to File Appeal filed by McGuane & Hogan, L.L.P. The Court finds that, despite allegations to the contrary in the motion, counsel for the Movant, Harvey Sender, was served with a copy of the Court's order dated March 26, 2008, via the Court's electronic filing system. (See *CM/ECF Notice of Electronic Filing* attached hereto.) Pursuant to this Court's Fourth Amended General Procedure Order Number 2001-8 dated December 31, 2007, the request for and receipt of a CM/ECF password constitutes waiver of the right to receive service from the Court by mail. Accordingly,

THE COURT DENIES the Motion for Extension of Time to File Appeal.

Dated April 23, 2008

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge

```
MIME-Version:1.0
From:cmecf-reply@cob.uscourts.gov
To:courtmail@coblei.cob.circ10.dcn
Bcc: Arthur@alklaw.com, doug@coloradocreditorlaw.com, filings@alklaw.com, Joclyn@alk
Message-Id:<12343146@cob.uscourts.gov>
Subject:CH-7,05-44828-MER Order on Motion For Relief From Stay
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

### District of Colorado

Notice of Electronic Filing

The following transaction was received from rxc entered on 3/27/2008 at 3:38 PM MDT and filed on 3/26/2008
**Case Name:** Linda Sue Sonnenschein
**Case Number:** 05-44828-MER
**Document Number:** 273

**Docket Text:**
Order Denying Motion For Relief From Stay (related document(s):[147] Stipulation,, [231] Motion for Relief From Stay and 401 Notice, )., Order Granting Motion to Approve Stipulation (related document(s):[147] Stipulation,, [231] Motion for Relief From Stay and 401 Notice, ). (rxc)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**K:\s05-44828_ord_03_26_08.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985638001 [Date=3/27/2008] [FileNumber=12343144-0
] [1b57654aa066287ac007c28401aa7dba2c04c13f7b42e38504561d2c0b4efb81d73
f0b9f72eb25690b234a770cdfb61246bdbc59d379dcf535519b1db9b9479f]]

**05-44828-MER Notice will be electronically mailed to:**

Bruce C. Bernstein    bcblaw@qwest.net

Philip E. Blondin    philip.blondin@usdoj.gov, western.taxcivil@usdoj.gov

Jon B. Clarke    jclarke@clarkepclaw.com

Beverly L. Edwards    bedwards@et-law.com, pammon@et-law.com

Douglas D. Koktavy    doug@coloradocreditorlaw.com, rhonda@coloradocreditorlaw.com

David E. Lewis    lewisdavidpc@qwest.net, dlewis@ecf.epiqsystems.com

Arthur Lindquist-Kleissler    Arthur@alklaw.com, filings@alklaw.com;Joclyn@alklaw.com;Valerie@alklaw.com

Nancy D. Miller    nmiller@kcfpc.com, vgolwitzer@kcfpc.com;tmiller@kcfpc.com

Philip A. Pearlman    ppearlman@pearlmandalton.com, chanda@pearlmandalton.com

Karen L. Pound    karen.l.pound@usdoj.gov, western.taxcivil@usdoj.gov

Harvey Sender    Sendertrustee@sendwass.com

US Trustee    USTPRegion19.DV.ECF@usdoj.gov

Robert Varra    robert.a.varra@irscounsel.treas.gov, brenda.j.cortez@irscounsel.treas.gov;michael.w.lloyd@irscounsel.treas.gov

Leo M. Weiss    Leo.M.Weiss@usdoj.gov

**05-44828-MER Notice will not be electronically mailed to:**

Miles L. Buckingham
1050 Seventeenth Street
Suite 2500
Denver, CO 80265-2080

Gerald M. Burke
9 Executive Dr
Fairview Heights, IL 62208

William Dickensheet
1501 W. Wesley Ave.
Denver, CO 80223

Kevin Jacobson
,

Daniel R. McCune
1050 17th St.
Ste. 2500
Denver, CO 80265-2080

Dr. Fredrick J. Schaefer
14450 Elizabeth Court
Thornton, CO 80602

Craig A. Weinberg
250 Arapahoe
Ste. 301
Boulder, CO 80302-5854