**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01535-JLK

In re: LINDA SUE SONNENSCHEIN,

        Debtor.                                                        Bankr. No. 05-44828-MER
                                                        Chapter 7

McGUANE & HOGAN, LLP,

        Appellant,

v.

DAVID E. LEWIS, Trustee,
LINDA SUE SONNENSCHEIN,
DENNIS SONNENSCHEIN,
and the UNITED STATES OF AMERICA,
through its agency, the Internal Revenue Service,

        Appellees.

---

## ORDER

---

This matter is before the Court on The Motion to Dismiss Appeal as Moot (doc. #18),

filed September 4, 2008. I have reviewed the motion, the response and the reply. The Motion is

DENIED.

The Motion for Abeyance of Briefing Schedule (doc. #22) and the Motion for Joinder

(doc. #23), will now be treated as a motions for extension of time to file briefs, and as such both

are GRANTED. The deadline for filing briefs will be extended by 15 days. Appellee's response

brief is due October 7, 2008; Appellant's reply brief is due October 15, 2008.

Dated: September 18, 2008

                                        BY THE COURT:

                                        ***S/John L. Kane***
                                        United States District Court Judge